531 A.2d 778

Theresa ERKENS and John Erkens, her husband, Appellants,

v.

C. Nicholas TREDENNICK, M.D.

Supreme Court of Pennsylvania.

Argued Sept. 22, 1987.

Decided Oct. 8, 1987.

Leonard E. Price, Pittsburgh, Pa., for appellants.

Giles A. Gaca, John W. Jordan, IV, Pittsburgh, Pa., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

HUTCHINSON, J., did not participate in the consideration or decision of this case.